# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHET TAYLOR PILLEY AND CHELSEA MARIA PILLEY; INDIVIDUALLY, AND ON BEHALF OF THEIR FATHER, RANDALL T. MINSON

NO.  2019 CW 0636

VERSUS

GREGORY D. WARD, LSK ENTERPRISES, INC., BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, STATE OF LOUISIANA THROUGH THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, DANIEL EDWARDS, IN HIS OFFICIAL CAPACITY AS SHERIFF OF TANGIPAHOA PARISH, AND ACADIAN AMBULANCE SERVICE, INC.

AUG 0 5 2019

---

In Re:    The State of Louisiana, through the Department of Public Safety and Corrections, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 654094.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DISMISSED.**  This writ application is dismissed pursuant to relator's motion to dismiss filed on July 29, 2019 advising that all claims involving relator have been settled and compromised and requesting that this writ application be dismissed.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT